Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000137
23-JUL-2015
09:36 AM

NO. CAAP-15-0000137

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JAMES L. GRAYBILL, Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF KAANAPALI ROYAL,
a Hawaii corporation, BOARD OF DIRECTORS OF ASSOCIATION OF
APARTMENT OWNERS OF KAANAPALI ROYAL, DOE DEFENDANTS,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-1057(2))

ORDER APPROVING THE JULY 6, 2015
STIPULATION FOR DISMISSAL WITH PREJUDICE
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of the "Stipulation Pursuant to Haw. R. App. Pro. Rule 42(b) for Dismissal with Prejudice of All Claims and All Parties," filed by Defendants-Appellees Association of Apartment Owners of Kanaapali Royal, a Hawaii corporation, and Board of Directors of Association of Apartment Owners of Kaanapali Royal (collectively, **Appellees**), on July 6, 2015, and the record, it appears that (1) Appellees and Plaintiff-Appellant James L. Graybill stipulate to dismiss Appeal No. CAAP-15-0000137; (2) the parties' attorneys have signed the

stipulation; (3) the stipulation provides that "[e]ach party to this Stipulation shall bear their own attorneys' fees and costs"; (4) no payment is due; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal . . . sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-15-0000137 is dismissed.

DATED: Honolulu, Hawai'i, July 23, 2015.

Chief Judge

Associate Judge

Associate Judge